ADAM PAUL LAXALT
  Attorney General
DOMINIKA J. BATTEN (Bar No. 12258)
  Deputy Attorney General
KEVIN A. PICK (Bar No. 11683)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
5420 Kietzke Lane, Ste. 202
Reno, Nevada 89511
(775) 687-2103 (phone)
(775) 688-1822 (fax)
dbatten@ag.nv.gov
kpick@ag.nv.gov

*Attorneys for Defendant*
*State of Nevada ex rel. Nevada*
*Department of Transportation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTINE COSIO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA ex rel. NEVADA DEPARTMENT OF TRANSPORTATION, a political subdivision of the State of Nevada; DOES I through V, inclusive; and ROES corporations I through V, inclusive,<br><br>　　　　　Defendants. | Case No. 2:17-cv-01940-JAD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 26, 27 |

　　　Defendant State of Nevada *ex rel.* its Department of Transportation ("NDOT"), through legal counsel Adam Paul Laxalt, Attorney General, by Dominika J. Batten, Deputy Attorney General, and Kevin A. Pick, Deputy Attorney General, and Plaintiff Christine Cosio, by and through counsel Joseph N. Mott, Esq. and Scott E. Lundy, Esq., hereby stipulate and agree that, consistent with the

. . .

. . .

. . .

. . .

requirements of Fed. R. Civ. P. 41(a), the Court may dismiss Plaintiff's action, in its entirety, with prejudice, with each party to bear its own attorney's fees and costs.

Dated this 10th day of July 2018.

| | |
|---|---|
| ADAM PAUL LAXALT<br>Attorney General | REMPFER MOTT LUNDY, PLLC |
| By: /s/ *Dominika J. Batten*<br>　　DOMINIKA J. BATTEN<br>　　Deputy Attorney General<br>　　KEVIN A. PICK<br>　　Deputy Attorney General<br>　　*Attorneys for Defendant NDOT* | /s/ *Scott E. Lundy, Esq.*<br>JOSEPH N. MOTT, ESQ.<br>SCOTT E. LUNDY, ESQ.<br>10091 Park Run Drive, Suite 200<br>Las Vegas, NV 89145-8868<br>*Attorneys for Plaintiff Christine Cosio* |

\* \* \*

### ORDER

Based on the parties' stipulation **[ECF No. 27]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The motion for summary judgment **[ECF No. 26]** is DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: July 16, 2018